**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Joseph Gormisky and Melissa M Cropley<br>                    Debtor<br><br>PennyMac Loan Services, LLC, or its Successor or Assignee<br>                    Movant<br>        vs.<br><br>Kenneth E. West, Trustee<br>Joseph Gormisky and Melissa M Cropley<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 24-12353 |

## **ORDER**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the automatic stay of Bankruptcy Code '362(a) and 1301 be, and the same hereby is, MODIFIED to permit PennyMac Loan Services, LLC, or its Successor or Assignee to exercise applicable state court remedies with respect to the property located at: 4706 -08 Almond Street, Philadelphia, Pennsylvania 19137.

_____
Patricia M. Mayer
United States Bankruptcy Judge