*Form 167* (1/25)–doc 51 – 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Joseph Gormisky ) | Case No. 24–12353–pmm |
| ) | |
| ) | |
|   Melissa M Cropley ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor PennyMac Loan Services, LLC Filed by Melissa M Cropley, Joseph Gormisky.

on: 6/18/25

at: 01:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: May 22, 2025                                                                 For The Court

                                                                                                                                                   Timothy B. McGrath
                                                                                                                                                   Clerk of Court