**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Joseph Gormisky,<br>Melissa M. Cropley,<br>                    *Debtors*. | Case No. 24-12353-pmm<br>Chapter 13 |

**Order Granting Debtors' Application to Employ**
**Fox & Roach LP as Debtors' Real Estate Broker**

**AND NOW**, upon consideration of the Application to Employ Fox & Roach LP as Debtors' Real Estate Broker filed by Debtors Joseph Gormisky and Melissa M. Cropley, the court finds that:

A. Employment of Fox & Roach LP as the Debtors' Real Estate Broker is necessary and is in the best interest of the Debtors.

B. Fox & Roach LP represents no interest adverse to the estate with respect to matters as to which it is to be engaged.

C. Fox & Roach LP is disinterested under 11 U.S.C. §§ 101 and 327.

D. The Debtors have certified that proper service has been made and that there has been no response filed.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. The Debtors are hereby authorized to employ Fox & Roach LP pursuant to the terms set forth in the Application.

Date:

**July 2, 2025**

Patricia M. Mayer
U.S. Bankruptcy Judge