**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Joseph Gormisky,<br>Melissa M. Cropley,<br>                        *Debtors*. | Case No. 24-12353-pmm<br>Chapter 13 |

## Order Continuing Hearing on Motion to Sell

**AND NOW**, upon consideration of the Motion to Sell filed by Debtors Joseph Gormisky and Melissa M. Cropley Property (doc. #57, the "substantive Motion"), and the Debtors' Motion to Continue the hearing thereon, it is hereby **ORDERED** that:

1. The hearing on the substantive Motion is continued *sine die*.

2. On or before **September 5, 2025**, the Debtors must file:

   a. a revised proposed order and a certification that the revised order was circulated to the chapter 13 Trustee, the City of Philadelphia, and PennyMac Loan Services LLC, and that the parties do not object to the entry of the revised order, or

   b. a notice relisting the substantive Motion for hearing.

3. Failure to comply timely with Paragraph 2 above may result in denial of the substantive Motion without further notice or hearing.

Date:
**August 15, 2025**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge